LESTER W. DYKEMAN and Others v. SIMON KUNST and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FLORENCE MEYER and Others v. JENNIE L. MOQUIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ISAAC SCHNEIDER v. EMIL MARKSON.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SOLOMON TENENBAUM v. MEYER WELT.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CENTRAL RAILROAD OF NEW JERSEY v. A. E. NORTON, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CALLAGHAN, ATKINSON & COMPANY, INC., v. MARCELINO GARCIA and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH H. FROMOWITZ v. IRVING NAT?ONAL BANK and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NACHMAN KIRSNER v. THE STATE BANK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WINTER D. GARRETT v. ELLEN F. COOPER.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of 507 MADISON AVENUE REALTY COMPANY, INC., v. NICHOLAS MARTIN.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANSER ALI v. "HENRY JACKSON," etc., and Others. ALTO BALI v. "HENRY JACKSON," etc., and Others. NAZIR MAHMED v. "HENRY JACKSON," etc., and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE C. JOHN v. COE-STAPLEY MANUFACTURING COMPANY.— Application granted upon plaintiff's filing stipulation. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE S. MILLS v. R. H. HOWES CONSTRUCTION COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of CASUALTY COMPANY OF AMERICA. Claim of CLAUDE M. BADGLEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.